975 F.2d 1548
 Birth (Robert E., Lorraine J.)
v.
U.S., Roddy (Charles E.), Saideman (Ruben), Scott
(Clemence), Egger (Rosco, Jr.), Ridioutte (J.T.), Brazitis
(Peter), Gerber (Joel), Abele (Joseph), Gaston (David),
Snyder (Timothy J.), Goldberg (Fred), Chivatero (Jack),
Simpson (James L.), Archer (Glenn, Jr.), Olsen (Roger), Paup
(Michael L.), Miller (Gayle), Morgan (Nancy), Stahnten
(Robert), Nelson (William), Sude (Paul), Marasciulo
(Theodore, Jr.), Redlinger (G.), Lenahan (Raymond),
 NO. 92-7184
 United States Court of Appeals,
Third Circuit.
 Aug 11, 1992
 
 Appeal From: M.D.Pa.,
 McClure, J.
 
 
 1
 AFFIRMED.